PHILLIP A. TALBERT
Acting United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON CHAN & JAMAR ROGERS<br><br>Defendants. | CASE NO. 1:21-CR-00292-DAD-BAM<br><br>MOTION TO UNSEAL INDICTMENT AND ORDER |

The United States of America, by and through its undersigned counsel, hereby moves to unseal the indictment in the above-captioned case. On December 2, 2021, the grand jury returned an indictment in this case, which was sealed pending the service of an out-of-district search warrant on one of the defendants and the arrest of that defendant. As those actions occurred in the early hours of December 7, 2021, there is no longer a need for the indictment to remain sealed.

Dated: December 7, 2021                    PHILLIP A. TALBERT
                                           Acting United States Attorney

                                           By: /s/ LAURA D. WITHERS
                                               LAURA D. WITHERS
                                               Assistant United States Attorney

1

**ORDER**

IT IS HEREBY ORDERED that, for the reasons set forth above, and good cause having been shown, the indictment in this matter be UNSEALED.

Dated:  December  7 , 2021

_____
HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE