RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile:  510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
JASON CHAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CR 21-00292-ADA-BAM** |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO CONTINUE HEARING FOR CHANGE OF PLEA** |
| JASON CHAN, ) | |
| Defendant. ) | |

STIPULATION

1. By previous order, this matter was set for change of plea on October 10, 2023.

2. By this stipulation, defendant now moves to continue entry of the change of plea from October 10, 2023 to November 27, 2023, and to exclude time between October 10, 2023, and November 27, 2023, under Local Code T4.

3. The government does not oppose this continuance as defense counsel will be out of the country on October 10th and she needs additional recovery time from recent knee surgery to drive to Fresno for this hearing.

4. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

STIPULATION TO CONTINUE DATE FOR ENTRY OF  CHANGE OF PLEA
UNITED STATES VS. JASON CHAN, CR. 21-00292-ADA-BAM

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 10, 2023 to November 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a

Date: September 29, 2023                    Respectfully submitted,

/s/_____
RANDY SUE POLLOCK
Counsel for Defendant
Jason Chan

Date: September 29, 2023                    /s/_____
JEFFREY A. SPIVAK
Assistant United States Attorney

IT IS SO ORDERED.

  Dated:   October 1, 2023              _____
                                        UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE DATE FOR ENTRY OF CHANGE OF PLEA
UNITED STATES VS. JASON CHAN, CR. 21-00292-ADA-BAM