RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile:  510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
JASON CHAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>JASON CHAN,<br><br>　　　Defendant. | CR 21-00292-ADA-BAM<br><br><br>**STIPULATION AND ORDER<br>TO PERMIT OUT OF DISTRICT TRAVEL** |

Defendant Jason Chan, by and through his counsel Randy Sue Pollock, and Assistant Jeffrey A. Spivak, hereby request that Mr. Chan be permitted to travel to Reno, Nevada from December 17, 2023 through December 24, 2023 for a ski trip with friends.

Supervising Pretrial Service Officer Brad Wilson (NDCA) has no objection to this travel.

Date:  November 17, 2023　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s *RANDY SUE POLLOCK*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RANDY SUE POLLOCK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jason Chan

STIPULATION TO PERMIT OUT OF DISTRICT TRAVEL
UNITED STATES VS. JASON CHAN, CR. 21-00292-ADA-BAM

Date:  November 17, 2023 /s/ *JEFFREY A. SPIVAK*
JEFFREY A. SPIVAK
Assistant United States Attorney

## ORDER

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that defendant Jason Chan may travel to Reno from December 17, 2023 through December 24, 2023.  He shall provide Pretrial Services with the address where he will be staying prior to departing the NDCA.

IT IS SO ORDERED.

Dated:  **November 20, 2023**

_____
UNITED STATES MAGISTRATE JUDGE