RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
286 Santa Clara Avenue
Oakland, CA 94610
Telephone: 510-763-9967
Facsimile:  510-380-6551
rsp@rspollocklaw.com

Attorney for Defendant
JASON CHAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JASON CHAN,<br><br>    Defendant. | 1:21-cr-00292-NODJ-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

Defendant Jason Chan, by and through his counsel Randy Sue Pollock, and Assistant United States Attorney Jeffrey Spivak, respectfully request that the sentencing presently set for Wednesday, March 25, 2024, be continued to April 8, 2024 at 8:30 a.m.  Defense counsel has previously set court appearances on March 27th in the Northern District of California that cannot be changed. United States Probation Officer Jess Mora has no objection to this continuance.

Date:  March 8, 2024                                                       Respectfully submitted,

                                                                                      */s/ RANDY SUE POLLOCK*
                                                                                      RANDY SUE POLLOCK
                                                                                      Counsel for Defendant
                                                                                      Jason Chan

| | |
|---|---|
| Date: March 8, 2024 | */s/JEFFREY A. SPIVAK* <br> JEFFREY A. SPIVAK <br> Assistant United States Attorney |

### **ORDER**

IT IS SO ORDERED that the Sentencing is continued from March 25, 2024, to **April 8, 2024, at 8:30 a.m. in Courtroom 5 before No District Judge**.

IT IS SO ORDERED.

Dated:  **March 8, 2024**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE SENTENCING
UNITED STATES VS. JASON CHAN, CR. 21-00292-NODJ