PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:21-CR-00292-TWR-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CORRECT JUDGMENT PURSUANT TO FED. R. CRIM. P. 36; AND ORDER THEREON** |
| v. | |
| JASON CHAN, | [No Hearing Requested] |
| Defendant. | |

The United States and Defendant ("Parties") stipulate to correct the criminal judgment, pursuant to Federal Rule of Criminal Procedure 36. This Stipulation is based on the following:

1. The restitution spreadsheet provides that the total loss amount to victims is $43,518.32.

2. At sentencing, the Court ordered restitution in the amount of $43,618.32.

3. After the hearing, the Parties became aware of the error resulting in the restitution amount being ordered $100.00 over the total loss amount.

4. "[T]he court may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Fed. R. Crim. P. 36.

5. The amount of restitution ordered at the sentencing hearing was stated in error. The request to amend the judgment to reduce the restitution amount by $100.00 is not substantive.

6. The Parties agree that the judgment should be amended to provide that restitution be ordered in the amount of $43,518.32.

7. The Parties have conferred with Probation and the financial unit of the Clerk's office, and this form of stipulation was recommended.

Respectfully submitted,

FOR THE UNITED STATES:

PHILLIP A. TALBERT
United States Attorney

Dated: April 9, 2024          By:     /s/ Jeffrey A. Spivak
                                      JEFFREY A. SPIVAK
                                      Assistant United States Attorney


FOR THE DEFENDANT:

Dated: April 9, 2024          By:        /s/ Randy Sue Pollock
                                      RANDY SUE POLLOCK
                                      Attorney for Jason Chan, Defendant

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation, and good cause appearing thereon, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that the criminal judgment is amended to order payment of restitution in the amount of $43,518.32.

IT IS SO ORDERED.

Dated: 4/9/2024

_____
UNITED STATES DISTRICT JUDGE